# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARTIN L. LAMB, )<br>on behalf of himself and all )<br>others similarly situated, )<br>　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　)<br>　vs.　　　　　　　　　　　　) | Case No. 05-2023-KHV/DJW |
| 　　　　　　　　　　　　　　)<br>SPRINT UNITED MANAGEMENT )<br>COMPANY, )<br>　　　　　　　　　　　　　　)<br>　　　　　　Defendant. ) | |

## AGREED ORDER APPROVING PAYMENT OF CLASS CLAIMS

Before the Court is the Joint Motion to Approve Payment of Class Claims (Doc. #37). Based on said motion, on the Amended Claim Report filed under seal with this Court, on the representation that all disputed claims have been resolved in favor of the claimants, and on the record as a whole, the Court approves payment of the claims reported in the Amended Claim Report and hereby orders the Administrator to pay said claims pursuant to the procedures set forth in paragraphs 7(i)-(j) of the Order Approving Settlement of Class Claims (Doc. #31).

Entered this 24th day of March, 2006.

　　　　　　　　　　　　　　　　　　　　　s/ Kathryn H. Vratil
　　　　　　　　　　　　　　　　　　　　　Kathryn H. Vratil, U.S. District Judge


Approved:

s/ Michael F. Brady
Michael F. Brady     KS# 18630
5350 College Blvd., # 118
Overland Park, KS 66211
(913) 696-0925
(913) 696-0468 (fax)



Alan G. Crone
CRONE & MASON, PLC
5100 Poplar Avenue, Suite 3200
Memphis, Tennessee 38137
(901) 683-1850
(901) 683-1963 (fax)

ATTORNEYS FOR PLAINTIFF

CLASS REPRESENTATIVE

s/ David M. Eisenberg
Baker Sterchi Cowden & Rice, L.L.C.
David M. Eisenberg - KS #21329
Elizabeth S. Raines – KS #20668
2400 Pershing Rd., Suite 500
Kansas City, MO 64108
(816) 471-2121
Fax: (816) 472-0288

ATTORNEYS FOR DEFENDANT
Sprint/United Management Company