# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MARTIN L. LAMB,** on behalf of himself and all others similarly situated, | ) ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) Case No. 05-2023-KHV/DJW ) |
| **SPRINT UNITED MANAGEMENT COMPANY,** | ) ) ) |
| **Defendant.** | ) |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Motion for Dismissal with Prejudice. Based upon said motion, the representations of the parties, and the entire record in this case, the Court grants the Joint Motion for Dismissal with Prejudice and hereby dismisses this action with prejudice.

Entered this 4th day of May, 2006.

                                                        s/ Kathryn H. Vratil
                                                        Kathryn H. Vratil
                                                         U.S. District Judge

Approved:

s/ Michael F. Brady
Michael F. Brady      KS# 18630
10901 Lowell, Suite 280
Overland Park, KS 66210
(913) 696-0925
(913) 696-0468 (fax)